IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME, INC., | No. C 06-1114 MMC |
|     Plaintiff/Counter-defendant | **ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|   v. | |
| HAL ELTZROTH, | |
|     Defendant/Counterclaimant | |

On March 27, 2006, defendant/counterclaimant Hal Eltzroth ("Eltzroth") electronically filed an answer and counterclaim. Eltzroth has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Eltzroth is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Eltzroth is hereby advised that if he fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court

may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 4, 2006

_____
MAXINE M. CHESNEY
United States District Judge