Mark L. Venardi, (Bar No. 173140)
H. Larry Elam III (Bar No. 178836)
VENARDI • ELAM LLP
One Kaiser Plaza, Suite 445
Oakland, California  94612
Telephone: (510) 452-4300
Facsimile: (510) 452-4303

Attorneys for Defendant
HAL ELTZROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME, INC., <br>     Plaintiff, <br><br> vs. <br><br> HAL ELTZROTH, <br><br>     Defendant. <br><br> …and RELATED COUNTERCLAIM. | Case No.  C-06-1114 MMC <br><br> STIPULATION TO EXTEND TIME TO COMPLETE ENE AND [~~PROPOSED~~] ORDER |

WHEREAS, on May 1, 2006, pursuant to stipulation by the Parties, the Court ordered that the Parties complete an Early Neutral Evaluation ("ENE") by July 31;

WHEREAS, the Alternative Dispute Resolution Clerk appointed Marilyn Raia, Esq. as the Early Neutral Evaluation Evaluator;

WHEREAS, on June 5, 2006, Defendant/Counterclaimant filed an amended Counterclaim adding a new party to this action.  The new party has not yet been served and has not appeared.

WHEREAS, Marilyn Raia, Esq. wrote to counsel for the Parties and suggested that the Parties seek an order extending the time to complete the ENE.  WHEREAS, BAYDELTA

**VENARDI • ELAM** LLP
The Ordway Bldg. • One Kaiser Plaza, Suite 445
Oakland, CA  94612
Tel: (510) 452-4300
Fax: (510) 452-4303

1  MARITIME, INC. and HAL ELTZROTH agree that an extension of the July 31, 2006 deadline to
2  complete an Early Neutral Evaluation is appropriate;
3     WHEREFORE, IT IS HEREBY STIPULATED by and between BAYDELTA MARITIME,
4  INC. and HAL ELTZROTH that the deadline to complete an Early Neutral Evaluation in the above-
5  captioned action should be extended from July 31, 2006 to September 8, 2006.
6     SO STIPULATED:
7  Dated:  June 16, 2006                SHEPPARD MULLIN RICHTER &
8                                       HAMPTON LLP

10                                      By: /s/ Amy B. Norris
11                                      Amy B. Norris
12                                      ATTORNEYS FOR PLAINTIFF
13                                      BAYDELTA MARITIME, INC.

15  Dated:  June 16, 2006               VENARDI • ELAM LLP

17                                      By: /s/Mark L. Venardi
18                                      Mark L. Venardi
19                                      ATTORNEY FOR
20                                      DEFENDANT/COUNTERCLAIMANT
                                        HAL ELTZROTH

---

**STIPULATION TO EXTEND TIME TO COMPLETE ENE**             CASE NO. C-06-1114 MMC

IT IS HEREBY ORDERED that that the deadline to complete an Early Neutral Evaluation in the above-captioned action is extended from July 31, 2006 to September 8, 2006.

SO ORDERED:

Dated: _June 19, 2006___                           _____

Hon. Maxine Chesney

United States District Judge

**STIPULATION TO EXTEND TIME TO COMPLETE ENE**          **CASE NO.** C-06-1114 MMC

CH 4333.1 11937 00002 4/3/2006 07:32pm