Mark L. Venardi, (Bar No. 173140)
H. Larry Elam III (Bar No. 178836)
VENARDI • ELAM LLP
One Kaiser Plaza, Suite 445
Oakland, California  94612
Telephone: (510) 452-4300
Facsimile: (510) 452-4303

Attorneys for Defendant
HAL ELTZROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME, INC., <br>     Plaintiff, <br> vs. <br> HAL ELTZROTH, <br>     Defendant. | Case No.  C-06-1114 MMC <br><br> STIPULATION TO EXTEND TIME TO COMPLETE ENE AND [PROPOSED] ORDER |
| …and RELATED COUNTERCLAIM. | |

    WHEREAS, on May 1, 2006, pursuant to stipulation by the Parties, the Court ordered that the Parties complete an Early Neutral Evaluation ("ENE") by July 31, 2006;

    WHEREAS, the Alternative Dispute Resolution Clerk appointed Marilyn Raia, Esq. as the Early Neutral Evaluation Evaluator;

    WHEREAS, on June 5, 2006, Defendant/Counterclaimant filed a first amended counterclaim joining the International Organization of Masters, Mates & Pilots ("MM&P") as a party to this action.

WHEREAS, Marilyn Raia, Esq. wrote to counsel for the Parties and suggested that the Parties seek an order extending the time to complete the ENE.  WHEREAS, the parties agreed that an extension of the July 31, 2006 deadline to complete an ENE was appropriate;

WHEREAS, on June 19, 2006, the Court extended the time to complete the ENE until September 8, 2006.

WHEREAS, on June 30, 2006, counter defendant Baydelta Maritime Inc. filed a motion to dismiss in response to the first amended counterclaim; on August 1, 2006, the Court issued an order granting in part and denying in part the motion to dismiss, and granting Eltzroth leave to amend;

WHEREAS on August 11, 2006, MM&P filed its answer to the amended counterclaim.

WHEREAS, on August 17, 2006, Eltzroth filed a second amended counterclaim;

WHEREAS, the second amended counterclaim is not yet at issue, the parties agree that it is appropriate to seek an extension of the September 8, 2006 deadline to complete ENE;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES AND REQUESTED that the Court extend the time to complete the Early Neutral Evaluation until November 30, 2006. SO STIPULATED:

Dated:  September 8, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Charles S. Donovan

Charles S. Donovan
Attorney for Plaintiff BAYDELTA MARITIME, INC.,

**VENARDI • ELAM** LLP
The Ordway Bldg. • One Kaiser Plaza, Suite 445
Oakland, CA  94612
Tel: (510) 452-4300
Fax: (510) 452-4303

STIPULATION TO EXTEND TIME TO COMPLETE ENE         CASE NO. C-06-1114 MMC

Dated: September 8, 2006

By: /s/ Mark L. Venardi
_____

Mark L. Venardi
Attorney for Defendants/Counterclaimant HAL ELTZROTH

Dated: September 8, 2006

By: /s/ Beth Ross
_____

Beth Ross
Attorney for Counter-defendant INTERNATIONAL ORGANIZATION OF MASTERS, MATES, AND PILOTS

IT IS HEREBY ORDERED that that the deadline to complete an Early Neutral Evaluation in the above-captioned action is extended from September 8, 2006 to November 30, 2006.

SO ORDERED:

Dated: September 11, 2006

_____
United States District Court Judge Maxine Chesney

---

**STIPULATION TO EXTEND TIME TO COMPLETE ENE**      **CASE NO.** C-06-1114 MMC

VENARDI • ELAM LLP
The Ordway Bldg. • One Kaiser Plaza, Suite 445
Oakland, CA 94612
Tel: (510) 452-4300
Fax: (510) 452-4303