IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME INC., | No. C-06-1114 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| v. | |
| HAL ELTZROTH, | |
| Defendant | |
| HAL ELTZROTH, | |
| Counterclaimant | |
| v. | |
| BAYDELTA MARITIME, INC., et al., | |
| Counter-Defendants | |

The Court is in receipt of the parties' stipulation, filed November 1, 2006, in which the parties jointly seek an order extending the December 1, 2006 non-expert discovery deadline to February 1, 2007.[1]

A pretrial order "shall not be modified except upon a showing of good cause." See Fed. R. Civ. P. 16(b). Here, the only cause identified by the parties is their unspecified

---

[1] Although the stipulation states the parties have not completed discovery as to the Second Amended Counterclaim, the requested extension is not limited to discovery relevant only to that pleading.

1 difficulty in scheduling depositions of sailors.  The parties do not indicate why an extension
2 of two months is necessary to resolve any such problems.  Of equal importance, the
3 parties' stipulation does not address the matter of how the requested extension will impact
4 the scheduled January 26, 2007 expert discovery cut-off and other pretrial dates.
5   Accordingly, the parties' stipulation is hereby DENIED, without prejudice.
6   **IT IS SO ORDERED.**

8 Dated: November 3, 2006
                                                                        _____
9                                                                        MAXINE M. CHESNEY
                                                                        United States District Judge