1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  AMY B. NORRIS, Cal. Bar No. 201147
   MORGAN P. FORSEY, Cal. Bar No. 241207
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:     415-434-9100
   Facsimile:      415-434-3947
6  Email:           cdonovan@sheppardmullin.com

7  Attorneys for Plaintiff Baydelta Maritime Inc.

8  VENARDI ELAM LLP
   MARK VENARDI (Cal. Bar No. 173140)
9  2033 N Main St Ste 750
   Walnut Creek, CA 94596
10 Telephone:     925-937-3900
   Facsimile:      925-937-3905
11 Email:           mark@vefirm.com

12 Attorneys for Defendant and Counterclaimant Hal
   Eltzroth
13

14 LEONARD CARDER LLP
   BETH A. ROSS (Cal. Bar No. 141337)
15 1188 Franklin Street, Suite 201
   San Francisco, CA 94109
16 Telephone:     415-771-6400
   Facsimile:      415-771-7010
17 Email:           bross@leonardcarder.com

18 Attorneys for Counter Defendant International
   Organization of Masters Mates & Pilots
19

20                   UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22

23 BAYDELTA MARITIME INC.,                | Case No. C-06-1114 MMC
24              Plaintiff,                | **AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**
25      v.                                |
26 HAL ELTZROTH,                          |
27              Defendant.                |
28

-1-
W02-WEST:5AN\400119496.1                  AMENDED STIPULATION TO EXTEND DISCOVERY
                                                                    DEADLINES

1 …and RELATED COUNTERCLAIM.

2

3       The parties, by and through their respective counsel of record, stipulate to
4 extend the time to conduct discovery until February 1, 2007.
5       On May 22, 2006, the Court issued a pretrial preparation order that instructed
6 the parties to complete discovery by December 1, 2006.
7       On June 5, 2006, defendant and counterclaimant Hal Eltzroth filed a first
8 amended counterclaim joining the International Organization of Masters, Mates & Pilots
9 ("MM&P") as a party to this action.  MM&P filed its answer to the amended counterclaim
10 on August 11, 2006.
11       On June 30, 2006, counter defendant Baydelta Maritime Inc. filed a motion
12 to dismiss in response to the first amended counterclaim.  On August 1, 2006, the Court
13 issued an order granting in part and denying in part the motion to dismiss, and granting
14 Eltzroth leave to amend.
15       On August 17, 2006, Eltzroth filed a second amended counterclaim.  The
16 parties have not yet completed the discovery relating to that counterclaim for the following
17 reasons:
18       Al Hovden, the mate that was at the wheel at time of the predicate incident,
19 appears to presently be at sea.  Consequently, the parties have been unable to contact him
20 for a deposition date, or serve him with a subpoena.  Mr. Hovden's occupation as a sailor
21 requires him to be at sea (without returning to shore) for extended periods of time which
22 has made it difficult to contact him for scheduling and deposition purposes;
23       MM&P was only recently added to the case and has not yet had a meaningful
24 opportunity to conduct discovery;
25       Counsel for Elztroth trailed in Sacramento County Superior Court the week
26 of November 5, 2006 and is now set for trial on Monday November 13, 2006, and is
27 unavailable to conduct discovery that week;
28

1         Counsel for Baydelta has a trial scheduled the week of January 7, 2007 and
2 is unavailable to conduct discovery that week;
3         Counsel for Eltzroth is traveling the weeks of November 19 and 26 and is
4 unavailable to conduct discovery during that time;
5         Counsel for MM&P is traveling for two weeks and December and is
6 unavailable to conduct discovery during that time.
7         THE PARTIES stipulate to extend the time to conduct discovery and request
8 the Court extend the time to complete discovery as follows:
9         all non-expert discovery to be completed by February 1, 2007;
10         all expert discovery to be completed by February 15, 2007; and
11         all other discovery deadlines as stated in Court's Pre-Trial Preparation Order
12 of May 22, 2006 to remain the same.

Dated: November 9, 2006

                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                          By          /s/ Amy B. Norris

                          AMY B. NORRIS
                          Attorneys for Plaintiff and Counter-defendant
                          Baydelta Maritime Inc.

Dated: November 9, 2006

                          VENARDI ELAM LLP

                          By          /s/ Mark Venardi

                          MARK VENARDI
                          Attorneys for Defendant and Counter-claimant, Hal
                          Eltzroth

W02-WEST:5AN\400119496.1                    AMENDED STIPULATION TO EXTEND TIME TO
                                                  EXTEND DISCOVERY DEADLINES

Dated: November 9, 2006

LEONARD CARDER LLP

By  /s/ Beth A. Ross

BETH A. ROSS
Attorneys for Counter Defendant International
Organization of Masters Mates & Pilots

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the discovery deadlines in the above-captioned action be extended as follows:

all non-expert discovery to be completed by February 1, 2007;

all expert discovery to be completed by February 15, 2007; and

all other discovery deadlines as stated in Court's Pre-Trial Preparation Order of May 22, 2006 to remain the same.

SO ORDERED.

Dated: November 14, 2006

Hon. Maxine Chesney
United States District Judge

W02-WEST:5AN\400119496.1

-4-

AMENDED STIPULATION TO EXTEND TIME TO
EXTEND DISCOVERY DEADLINES