SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        cdonovan@sheppardmullin.com

Attorneys for Plaintiff Baydelta Maritime Inc.

VENARDI ELAM LLP
MARK VENARDI (Cal. Bar No. 173140)
2033 N Main St Ste 750
Walnut Creek, CA 94596
Telephone:    925-937-3900
Facsimile:    925-937-3905
Email:        mark@vefirm.com

Attorneys for Defendant and Counterclaimant Hal Eltzroth

LEONARD CARDER LLP
BETH A. ROSS (Cal. Bar No. 141337)
ELEANOR MORTON (Cal. Bar No. 220407)
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone:    415-771-6400
Facsimile:    415-771-7010
Email:        emorton@leonardcarder.com

Attorneys for Counter Defendant International Organization of Masters Mates & Pilots

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME INC., | Case No. C-06-1114 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| HAL ELTZROTH, | |
| Defendant. | |

…and RELATED COUNTERCLAIM.

The parties, by and through their respective counsel of record, request a continuance of the Status Conference presently scheduled for February 9, 2007 at 10:30 a.m.

The parties have agreed in principle to a settlement of this dispute.  The parties are currently finalizing a settlement agreement and expect to have the definitive agreement executed by February 16, 2007.  The parties expect to submit a stipulation requesting dismissal before the end of February 2007.

For the foregoing reasons, the parties request the Court continue the Status Conference to a date after February 28, 2007.

Dated:  February 2, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Amy B. Norris

AMY B. NORRIS
Attorneys for Plaintiff and Counter-Defendant
Baydelta Maritime Inc.

Dated:  February 2, 2007

VENARDI ELAM LLP

By  /s/ Mark Venardi

MARK VENARDI
Attorneys for Defendant and Counter-Claimant,
Hal Eltzroth

1  Dated: February 2, 2007

LEONARD CARDER LLP

By     /s/ Eleanor Morton

ELEANOR MORTON
Attorneys for Counter-Defendant International
Organization of Masters Mates & Pilots

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Status Conference scheduled for February 9, 2007 is continued until March 23, 2007 at 10:30 a.m..  A Joint Status Conference Statement shall be filed no later than March 16, 2007

SO ORDERED.

Dated: February 5, 2007

*/s/ Maxine M. Chesney*

Hon. Maxine Chesney
United States District Judge