SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        cdonovan@sheppardmullin.com

Attorneys for Plaintiff Baydelta Maritime Inc.

VENARDI ELAM LLP
MARK VENARDI (Cal. Bar No. 173140)
2033 N Main St Ste 750
Walnut Creek, CA 94596
Telephone:    925-937-3900
Facsimile:    925-937-3905
Email:        mark@vefirm.com

Attorneys for Defendant and Counterclaimant Hal Eltzroth

LEONARD CARDER LLP
BETH A. ROSS (Cal. Bar No. 141337)
ELEANOR MORTON (Cal. Bar No. 220407)
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone:    415-771-6400
Facsimile:    415-771-7010
Email:        emorton@leonardcarder.com

Attorneys for Counter Defendant International Organization of Masters Mates & Pilots

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME INC., <br><br> Plaintiff, <br><br> v. <br><br> HAL ELTZROTH, <br><br> Defendant. | Case No. C-06-1114 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

-1-

1  …and RELATED COUNTERCLAIM.

2

3

4        The parties, by and through their respective counsel of record, request a
5 continuance of the Status Conference presently scheduled for March 23, 2007 at 10:30
6 a.m.

7        The parties have settled the matter, and are presently finalizing a settlement
8 agreement.  BayDelta and MMP have already executed the settlement agreement.  Counsel
9 for Eltzroth anticipates having the settlement agreement executed by March 27, 2007.  The
10 parties anticipate having a request for dismissal on file by April 3, 2007.

11        For the foregoing reasons, the parties request the Court continue the Status
12 Conference to a date after April 3, 2007.

13

14 Dated:  March 19, 2007

15                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17                        By        /s/Amy Norris

18
19                          AMY B. NORRIS
                        Attorneys for Plaintiff and Counter-Defendant
20                          Baydelta Maritime Inc.

21 Dated:  March 19, 2007

22
23                        VENARDI ELAM LLP

24
25                        By        /s/Mark Venardi

26                          MARK VENARDI
                          Attorneys for Defendant and Counter-Claimant,
27                          Hal Eltzroth

28

1  Dated: March 19, 2007

2
3                                    LEONARD CARDER LLP

4

5                     By                /s/Eleanor Morton

6                                       ELEANOR MORTON
7                            Attorneys for Counter-Defendant International
                                Organization of Masters Mates & Pilots
8

9

10                              [PROPOSED] ORDER

11       IT IS HEREBY ORDERED that the Status Conference scheduled for March

12  23, 2007 is continued until April 27, 2007 at 10:30 a.m..   A Joint Status Conference
    Statement shall be filed no later than April 20, 2007.
13

14       SO ORDERED.

15  Dated: March 19, 2007                      _____
16                                              Hon. Maxine Chesney
                                                United States District Judge
17