SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
MORGAN P. FORSEY Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
Email:         cdonovan@smrh.com

Attorneys for Plaintiff and Counter Defendant
Baydelta Maritime Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYDELTA MARITIME INC., | Case No. C-06-1114 MMC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HAL ELTZROTH, | |
| Defendant. | |
| …and RELATED COUNTERCLAIM. | |

The parties have entered into a settlement agreement and release and, therefore, stipulate as follows:

1.     The entire action, including the counterclaim against Baydelta Maritime, Inc. and the International Organization of Masters, Mates & Pilots, may be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

2.     Notwithstanding this stipulation, any party may move to enforce the terms of the settlement agreement and release.

1          3.     A dismissal entered pursuant to this stipulation and order shall be

2 without an award of costs or attorneys' fees to any party.

3 Dated: March 30, 2007

4                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5

6                         By                    /s/ Amy B. Norris

7                                         AMY B. NORRIS

                                        Attorneys for

8              Plaintiff and Counter Defendant Baydelta Maritime, Inc.

9

10 Dated: March 30, 2007

11                                     VENARDI ELAM LLP

12

13                         By                    /s/ Mark Vendari

14                                     MARK VENARDI

          Attorneys for Defendant and Counter Claimant Hal Eltzroth

15

16 Dated: March 30, 2007

17                                   LEONARD CARDER LLP

18

19                         By                  /s/ Eleanor Morton

20                                   ELEANOR MORTON

                                      Attorneys for

21         Counter Defendant International Organization of Masters Mates & Pilots

22

23                                   **ORDER**

24

25           IT IS SO ORDERED.

26

27 Dated: _ April 2, 2007 _____

28                           UNITED STATES DISTRICT JUDGE

          STIPULATION FOR DISMISSAL